SPORKIN, J. SS

WITHOUT PREPAYMENT
OR COSTS

F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 2 0 1992

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

JOHN S. AKWEI
819 MALTA LANE
WHEATON, MARYLAND 20901
301-593-4855

VS.

NATIONAL SECURITY AGENCY
FT. GEORGE G. MEADE, MARYLAND 20755-6000

<u>Civil Action No.</u>

92-0449

<u>COMPLAINT FOR DAMAGES (Criminal Offenses and Harassment)</u>

1.     This Court Has Jurisdiction Pursuant to the Fact that the Defendant is a Federal Agency.

2.     Plaintiff is a Private Citizen of the United States and a Resident of the State of Maryland.

3.     The Defendant , N.S.A. , is a Federal Agency and is Responsible for the Activities of Agents Utilizing its Offices and Equipment.

4.     Criminal Offenses and Harassment by these Employees of the National Security Agency are Not  Covered by Executive Order 12333.

5.     ( Documentation of Criminal Activity against Plaintiff by Employees of the National Security Agency, see page 2. )

1

**LIST OF ILLEGAL ACTIVITIES COMMITTED.**(By persons whom are former acquintances now employed by the N.S.A.)

Illegal use of N.S.A. offices and equipment in order to harass, attack and attempt to disrupt Plaintiffs' life to the point of suicide or mental incapacity.

Falsifying evidence to obtain authorization to use N.S.A. offices, personnel resources, and equipment. Activities not sanctioned by Exec. Order 12333.

Using N.S.A. resources to prevent employment, disrupt freindships and associations over a ten year period to keep Plaintiff from being successful in life.

Attempted Set-Ups to involve Plaintiff in contrived crimes. (None of which were successful.)

Invasion of Privacy, Illegal surveillance , Illegal Search and Seizure.
( Home break-ins since 1980.)

False accusations of criminal activities in order to harass. Harassment by falsifying FBI stake out of apartments (1990 -1991). Verbally threatening with physical harm.

Verbal harassment at home and work. Threats in writing

Attempting to incite violence and antagonism towards the Plaintiff.

Using over 24 chemicals and drugs to harass and incapacitate.

Attempted poisoning. Threatening injection of blood containing fatal diseases.
Interrogation while asleep. Keeping Plaintiff out of R.E.M. sleep.

Illegal use of N.S.A. equipment such as telephone wire-tapping, remote personal-computer tampering and sabotage, and remote physiological devices.

Continuous attempts to damage mental health since 1980.

Causing misdiagnosis. Endangering health by causing Plaintiff to be prescribed potentially harmful , unneeded psychiatric medicine every day for six years.

Theft of property (Theft of clothing, Damage to clothing, $300 cash stolen)

Intercepting mail, disrupting mail delivery, intercepting telephone calls. Threats of murder over an 8 months duration. Attempting to prevent Plaintiff from going to authorities.

False police call to house ( can be verified with Montgomery County police).

Harassment every day from 5/1/91 to  present. 214 consecutive days of harassment as of 11/29/91. N.S.A. offices and equipment used.

**National Security Agency Employees or acquaintances whom are actively involved in criminal activities or whom participated in criminal activities at their request.**

MR. KINNECOME (Retired N.S.A. agent)
KAREN KINNECOME
MARY KINNECOME
MARYANN KINNECOME
SUSAN KINNECOME
PAT          (LAST NAME UNKNOWN)
ALLISON      (LAST NAME UNKNOWN)
JEFF SULLIVAN
ONI SULLIVAN
PAUL JOHNSON
STEVE JOHNSON
MICHEAL (ALIAS)
MARISSA (ALIAS)
GREG ABATE
STEVE ABATE
PAUL STETTER
(Paul Stetter can be identified by Howard County or Montgomery County Police)

**Persons whom participated in Criminal activity and harassment, though not necessarily employed by the N.S.A.**

JEFF NAIMIAN
MIKE PRIME
SUSAN PRIME
STEVE ABATE
GREG DAY
GLENN          (LAST NAME UNKNOWN)
JEFF SULLIVAN
ONI SULLIVAN
EDDIE STEWART
CARLOS          (LAST NAME UNKNOWN)
ANDY            (LAST NAME UNKNOWN)
MARTY ENGELS
MIKE MAYO
MARC BERMAN
TASO KARRAS
RESIDENTS OF 814 MALTA LANE, SILVER SPRING, MARYLAND

ALL ABOVE PERSONS WERE EITHER NORTHWOOD HIGH SCHOOL GRADUATES OR LIVE IN THE MALTA LANE/ LOXFORD TERRACE/ KEMP MILL NEIGHBORHOOD OF WHEATON, MARYLAND.

( Further information on these persons supplied on request)

**PERSONS THAT CAN VERIFY THAT I WAS UNDER SURVEILLANCE**

(ALL OF THESE PERSONS WERE <u>FALSELY</u> TOLD THAT I WAS UNDER INVESTIGATION FOR CRIMINAL ACTIVITIES)

RESIDENTS OF APT. #5, 5407 HAMILTON STREET, HYATTSVILLE, MARYLAND
AT THE TIME OF 4/91

BRIAN MILLAR
OF AV WASHINGTON, INC. FAIRFAX, VIRGINIA

RESIDENTS OF 8556 FREYMAN DRIVE, CHEVY CHASE, MARYLAND
AT THE TIME OF 1/91

N.LH TEMPORARY WORKER FROM TEMPWORLD, ROCKVILLE AROUND THE TIME OF
1/3/91.

## Authorities Contacted

Local Police called Three (3) times

FBI notified four (4) times

Filed with Allan C. Kornblum at the Department of Justice 202-514-2882

Filed with Joan Russo at Sen, Barbara Mikulski's State Office 301- 345-5517

Filed with the Select Committee on Intelligence 202-224-4654

Inspector General's Office at the N.S.A. at Fort Meade notified 11/1/91

I, John S. Akwei, am a private citizen who has no record of criminal activity, or activity that would endanger National Security, yet I have been the subject of ten years of unwarranted criminal offenses and harassment by former acquaintances, whom I have known in the past, who are presently employees of the National Security Agency.

These events began ten years ago when I was acquainted with persons who are now employees of the N.S.A. as students at Northwood High School in Wheaton, Maryland. Only over the last six months have I gained enough evidence to file a lawsuit against the N.S.A.

This harassment was brought on by personal antagonism towards me during High School, and has led to a history of illegal activities and abuse of authority by aforementioned employees of the NATIONAL SECURITY AGENCY.

None of these activities are sanctioned by Executive Order 12333. Authorization to commit these acts against me was obtained by falsifying evidence and lying to superiors at the N.S.A and at other agencies.

National Security Agency Employees or acquaintances whom are actively involved in criminal activities against Plaintiff or whom participated in criminal activities at the request of the N.S.A. Employees.

MR. KINNECOME (Retired N.S.A. agent)
KAREN KINNECOME
MARY KINNECOME
MARYANN KINNECOME
SUSAN KINNECOME
PAT                          (LAST NAME UNKNOWN)
ALLISON                      (LAST NAME UNKNOWN)
JEFF SULLIVAN
ONI SULLIVAN
PAUL JOHNSON
STEVE JOHNSON
MICHEAL (ALIAS)
MARISSA (ALIAS)
STEVE ABATE
GREG ABATE
PAUL STETTER
(Paul Stetter can be identified by Howard County or Montgomery County Police)

- Conclusive proof of these crimes is Available.
  (Even though the agents have persued a policy of leaving No physical evidence.)

- My Mental Fitness to bring the NSA to trial is verifiably excellent.

THE FOLLOWING PAGE EXPLAINS MY BACKGROUND AND RELATIONSHIP WITH THE
EMPLOYEES OF THE N.S.A. AND OTHER PERSONS WHO ARE RESPONSIBLE FOR THE
AFOREMENTIONED CRIMINAL OFFENSES AND HARASSMENT..

I, John S. Akwei, attended Northwood High School in Wheaton, Maryland from 1978
to 1981.

I participated in the Northwood Cross-Country and Track teams and lived in the
Loxford terrace neighborhood of Montgomery County, Maryland with several persons who
would later become employees of the N.S.A.

Among those persons are Mary Kinnecome, Susan Kinnecome, Pat (last name
unknown), Allison (last name unknown). Other persons who are involved in the Criminal
Offenses and ten years of Harassment are Jeff Naimian, Steve Abate, Greg Abate, Micheal
Prime, Susan Prime, Jeff Sullivan, Glenn (last name unknown). All of whom are now
employed by the N.S.A.

The persons and motives behind this Criminal Activity have become apparent to me
only since around June, 1991 due to these persons persuing a policy of leaving no
physical evidence.

*The following is a partial list of instances of criminal activity and harassment which has
led to this complaint.*

1.     Six months after the graduation day ceremonies at Northwood High School, on
December, 1981, I found a paragraph of Graphitti, written in magic marker, at a bus
shelter at the Silver Spring Metro station that I waited at every morning. The Graphitti
described the jacket that I was wearing in detail, and contained a paragraph of threats and
racial slurs directed at me personally.

Apparently this graphitti was meant as a warning by the members of the
aforementioned group of people that they intended to keep track of my activities because
of a personal dislike for me.

2.     From September, 1983 to December 1983 I was subjected to verbal harassment and
surveillance at Montgomery College in Takoma Park, Maryland and at home.

3.     From January,1984 through July,1984 I was threatened, harassed, and under
surveillance while living at an apartment in Takoma Park. I was also prevented from being
employed at several places by the misuse of authority by the aforementioned persons.

4.     From July, 1984 to March, 1987 I was tracked, occasionally threatened, and
prevented from being employed by these persons.

5.     During the first six months of 1988 I was prevented from attaining steady
employment by these persons.

6.     From May, 1988 to October, 1990 I was closely monitored, by the aforementioned
former acquaintances whom were now employees of the N.S.A and the C.I.A. They used
N.S.A. facilities and equipment to monitor me at work and at home. This included using
false identities and using adjacent apartments for surveillance and harassment.

7.     From October, 1990 to present I have been subjected to intense and completely
unwarranted harassment, break-ins, intimidation , threats, and coercion by these persons
,whom attained the authority to do this from senior agents at the N.S.A. and have falsified
evidence to obtain authorization. On 12/24/91 there was an attempted poisoning.

They have actively attempted to prevent me from going to authorities.

Therefore, the premises considered the Plaintiff demands Arrest of the named National Security Agency Agents, A Ceasing and Desisting of Activities Against the Plaintiff, and Compensation for the 12 years of Criminal Activities Against the Plaintiff.

by _____

John S. Akwei
819 Malta Lane
Wheaton, Md 20901
301-593-4855