UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN AKWEI, )
 )
        Plaintiff, )
 )
  v. )   Civil Action No. 92-0449
 )   (Stanley Sporkin)
NATIONAL SECUTIRY AGENCY, )
 )
        Defendant. )

**FILED**

MAR 0 9 1992

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

MEMORANDUM OPINION AND ORDER

    Plaintiff has brought this action pro se, alleging that employees of the National Security Agency have engaged in harassment and criminal offenses directed toward him. He is seeking damages. Plaintiff claims the harassment began when certain individuals who are now employed by the NSA were students with him at Northwood High School in Wheaton, Maryland. He then describes a variety of instances of harassment, all of which appear to be frivolous. For example, he alleges that in December of 1981, he found a paragraph of "graphitti" on a bus shelter at the Silver Spring Metro station that "described the jacket I was wearing in detail, and contained a paragraph of threats and racial slurs directed at me personally." Complaint at 6. He also alleges that on December 24, 1991 there was an "attempted poisoning." His complaint includes a "List of Illegal Activities Committed," one of which is "continuous attempts to damage mental health since 1980."

    The Court is unable to construe this complaint as stating

(N)

3

any identifiable legal cause of action.  Accordingly, it will be dismissed as frivolous pursuant to 28 U.S.C. § 1915(d).

It is this ____6____ day of March, 1992, hereby ORDERED that this complaint is dismissed.

*Stanley Sporkin*
Stanley Sporkin
United States District Court